WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
**JOANNE P. RODRIGUEZ, IDAHO STATE BAR NO. 2996**
**ASSISTANT UNITED STATES ATTORNEY**
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:   (208) 334-1414
Email: Joanne.Rodriguez@usdoj.gov

Attorneys for Defendant United States of America

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| C.K.S., a minor, by and through his biological parents, Jazmin Sierra and Kevin L. Swan, and JAZMIN SIERRA and KEVIN L. SWAN, individually and as husband and wife,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 1:13-cv-00432-EJL<br><br>**NOTICE** |

Pursuant to the Court's Order of May 19, 2015, Defendant gives notice that HHS has informed the undersigned that they estimate the electronic transfer will be sent out by end of next week.

**NOTICE - 1**

Respectfully submitted this 1st day of June, 2015.

          WENDY J. OLSON
          UNITED STATES ATTORNEY
          By:


/s/ Joanne P. Rodriguez
JOANNE P. RODRIGUEZ
Assistant United States Attorney

**NOTICE - 2**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 1, 2015, the foregoing **NOTICE** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person(s):

Patrick E. Mahoney
Patrick@patrickmahoneylaw.com

Jeffrey McKinnie
jeffmckinnie@hotmail.com

        /s/ Danielle Narkin
        Legal Assistant

**NOTICE - 3**