Patrick E. Mahoney, ISB #5242
MAHONEY LAW, PLLC
CAPITAL GATEWAY PLAZA
1211 W. Myrtle Street, Suite 350
Boise, Idaho 83702
Telephone: (208) 345-6364
Facsimile: (208) 342-4657
patrick@patrickmahoneylaw.com

Jeffrey McKinnie, ISB #7020
MCKINNIE LAW OFFICE
P.O. Box 9469
Boise, Idaho 83707
Telephone (208) 429-0088
Facsimile: (208) 342-4657
jeffmckinnie@hotmail.com

Attorneys for the Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| C.K.S., a minor, by and through his biological parents, Jazmin Sierra and Kevin L. Swan, and JAZMIN SIERRA and KEVIN L. SWAN, individually and as husband and wife,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA<br><br>Defendant. | Case No. 1:13-cv-00432-EJL<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs and Defendant United States of America, by and through their respective undersigned counsel, hereby stipulate and agree that the Complaint filed in the above-entitled

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 1

action may be dismissed, with prejudice, with each party to bear their own costs and attorney fees.

SO STIPULATED this 28th day of April, 2015.

MAHONEY LAW, PLLC

By _____
PATRICK E. MAHONEY
*Attorney for the Plaintiffs*

SO STIPULATED this 29th day of April, 2015.

U.S. ATTORNEY'S OFFICE

By _____
JOANNE RODRIGUEZ
*Attorneys for United States of America*

STIPULATION FOR DISMISSAL WITH PREJUDICE - Page 2